## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **ANDREW HAYFORD,**<br><br>                    **Plaintiff,**<br><br>**v.**<br><br>**SHELLY WHITTAKER,**<br><br>                    **Defendant.** | **REPORT & RECOMMENDATION**<br><br>**Case No: 2:20-cv-00631**<br><br>**District Judge Robert J. Shelby**<br><br>**Magistrate Judge Dustin Pead** |

This matter is before the court pursuant to a 28 U.S.C. §636(b)(1)(B) referral from District Court Judge Robert J. Shelby. (ECF No. 7.)

On November 12, 2020, the Court conducted a review of Plaintiff's complaint pursuant to 28 U.S.C. § 1915. (ECF No. 8.) As part of that review, the court noted several deficiencies in Plaintiff's pleading, but allowed him to file an Amended Complaint no later than November 26, 2020. That date has passed, and Plaintiff has failed to amend. As a result, for the reasons set forth in the November 12, 2020 Ruling and Order, the Court hereby RECOMMENDS dismissal of Plaintiff's action.

Copies of the foregoing Report and Recommendation are being sent to Plaintiff who is hereby notified of his right to object. Within fourteen (14) days of being served with a copy, any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 3 December 2020.

_____
Dustin B. Pead
United States Magistrate Judge